**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WAITING ROOM SOLUTIONS, LIMITED
LIABILITY LIMITED PARTNERSHIP,

                Plaintiff,

-against-　　　　　　　　　　　　　　　　19 **CIVIL** 7879 (CS)

## JUDGMENT

EXCELSIOR INSURANCE COMPANY and
LIBERTY MUTUAL GROUP INC.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 9, 2020, Defendants' motion to dismiss is GRANTED. Plaintiff's cross-motion to dismiss is DENIED; accordingly, this case is closed.

**Dated:** New York, New York

      September 9, 2020

                                **RUBY J. KRAJICK**

                                **Clerk of Court**
             **BY:**     *K. Mango*

                                **Deputy Clerk**